IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WEST CHAMBERS FIRE AND RESCUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 3:07-cv-00758-MEF-SRW |
| v. ) | |
| ) | |
| FORD MOTOR COMPANY, INC.; ) | |
| NICK LOPER ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff West Chambers Fire and Rescue and Defendants Ford Motor Company and Nick Loper, by and through their respective counsel, and hereby stipulate to the dismissal of this action with prejudice, each party to bear its own respective costs of court.

_____
Nick Wooten, Esq.
Attorney for Plaintiff

OF COUNSEL:
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862
Telephone: (334) 864-2132

_____
Floyd D. Gaines, Esq.
Andrew P. Walsh, Esq.
Attorneys for Defendant Ford Motor Company

OF COUNSEL:
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 North 20th Street, 1600 Wachovia Tower
Birmingham, Alabama 35203
Telephone: (205) 328-0480